Inc., for plaintiff-appellee. *Aram K. Berberian*, defendant-appellant, pro se.

June 5, 1973.

M. P. No. 73-142. ROBERT BLINKHORN *v.* ANTHONY TRIBELLI *et al.* Petition for a writ of certiorari is denied. Joslin, J., not participating. *Hogan & Hogan, Thomas S. Hogan*, for petitioner. *Peter Palombo, Jr.*, City Solicitor of Cranston, for respondents.

M. P. No. 1825. SANDRA HAZEN *v.* IRWIN HAZEN. Motion of petitioner, Irwin M. Hazen, for a stay of all proceedings pending adjudication of petition for certiorari is denied. The order entered on May 23, 1973 granting a temporary stay of the hearing scheduled for June 1, 1973 in the Family Court is vacated. Joslin, J., not participating. *Kirshenbaum & Kirshenbaum, Alfred Factor*, for plaintiff-respondent. *Marvin A. Brill*, for defendant-petitioner.

C. A. No. 73-29. STATE *ex rel.* ALVIN E. NORDQUIST *v.* ROBERT L. HAMPTON. Defendant's motion to assign for argument is denied. Joslin, J., not participating. *Richard J. Israel*, Attorney General, for plaintiff. *Aram K. Berberian*, for defendant.

APPEAL No. 73-89. BARBARA SULLIVAN *v.* HELEN SULLIVAN *et al.* Appellee's motion for a preemptory hearing is denied without prejudice. Joslin, J., not participating. *Edward E. Dillon, Jr.*, for plaintiff-appellee. *Nugent & Nugent, J. Joseph Nugent, Jr.*, for defendants-appellants.